IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY ROBERT BRATTON III,

    Petitioner,                    No. CIV S-06-0996 MCE GGH P

    vs.

ATTORNEY GENERAL OF CALIFORNIA,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner alleges that the California Board of Prison Terms (BPT) improperly found him unsuitable for parole. While petitioner attaches a copy of the 2003 decision by the BPT finding him unsuitable, petitioner does not identify the specific suitability hearing he is challenging. The court observes that petitioner has filed another action in this court challenging the July 2005 decision by the BPT finding him unsuitable, CIV S-06-986 MCE KJM P. Because petitioner has not identified the specific suitability hearing he is challenging in the instant action, the petition is dismissed with leave to amend. If petitioner files an amended petition, he must identify the hearing he is challenging.

/////

1  In accordance with the above, IT IS HEREBY ORDERED that the petition is
2  dismissed with thirty days to file an amended petition; failure to comply with this order will
3  result in a recommendation of dismissal of this action.
4  DATED: 6/27/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

7  ggh:kj
   brat996.ord